PEOPLE v. DAVIS.

This case is controlled by *People* v. *Lowell, ante,* 349.

Error to Lapeer; Smith (Henry H.), J. Submitted April 17, 1930. (Docket No. 146, Calendar No. 34,737.) Decided June 2, 1930.

Dwight Davis was convicted of unlawfully having intoxicating liquor in his possession. Reversed, and defendant discharged.

*Herbert W. Smith,* for appellant.

SHARPE, J. The defendant seeks review by writ of error of his conviction and sentence on a charge of unlawfully having intoxicating liquor in his possession. The attorney general confesses error because of our holding in *People* v. *Lowell, ante,* 349. The judgment is vacated and set aside, and the defendant discharged.

WIEST, C. J., and BUTZEL, CLARK, McDONALD, POTTER, NORTH, and FEAD, JJ., concurred.